UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM J. CARLIN JR., *Commissioner of Finance*,

                Plaintiff,

        -against-

VINCENT TERIO,

                Defendant.

18-CV-2903 (CM)

CIVIL JUDGMENT

Pursuant to the order issued July 16, 2018, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the July 16, 2018 order, the complaint is dismissed. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff is barred from filing future civil actions *in forma pauperis* (IFP) in this Court without first obtaining from the Court leave to file. *See* 28 U.S.C. § 1651.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 16, 2018
          New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge